TERESA LO VERDE, as Administratrix of the Estate of ANGELO LO VERDE, Deceased, Respondent, v. FOUR SIXTY NINE REALTY CORPORATION, Appellant.

Argued October 8, 1945; decided October 26, 1945.

*Thomas F. Keane, Charles F. Bachmann* and *John P. Smith* for appellant.

*Harry Fieldsteel* and *Jacob Zelenko* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.